TRINA A. HIGGINS, United States Attorney (#7349)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: todd.bouton@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00010-HCN |
| Plaintiff, | MOTION TO UNSEAL CASE |
| vs. | |
| PLASTIC SURGERY INSTITUTE OF UTAH, INC.; MICHAEL KIRK MOORE JR.; KARI DEE BURGOYNE; KRISTIN JACKSON ANDERSEN; AND SANDRA FLORES, | |
| Defendants. | Judge Howard C. Nielson, Jr. Magistrate Judge Jared C. Bennett |

Having determined that this case need not remain sealed any longer, the United States of America files this Motion to Unseal Case.

Accordingly, the United States requests that the Court enter an Order unsealing this case.

DATED this 12th day of January, 2023.

TRINA A. HIGGINS
United States Attorney

/s/Todd C. Bouton
TODD C. BOUTON
Assistant United States Attorney

1