UNITED STATES PROBATION OFFICE

FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant:  Kristin Jackson Andersen          Docket Number:  2:23CR00010-004

Name of Judicial Officer:   Honorable Jared C. Bennett
U.S. Magistrate Judge

Date of Release:   January 26, 2023

## PETITIONING THE COURT

To issue a Summons

## CAUSE

The probation officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1: The defendant has failed to complete processing by the U.S. Marshals Service, as instructed by the U.S. Pretrial Services Office.**

Evidence in support of this allegation Confirmation from the U.S. Marshals Service that the defendant has not been processed.

**Allegation No. 2: The defendant has failed to submit sufficient documentation of employment**

Evidence in support of this allegation only employment record received has been drafted by the defendant and is not considered sufficient verification of employment by the United States Pretrial Services Office.

I declare under penalty of perjury that the foregoing is true and correct.

*[Signature: Caroline J Bye-Routh]*

By    Caroline Bye-Routh
U.S. Pretrial Services Officer
Date:  May 23, 2023

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ The issuance of a Warrant

Kristin Jackson Andersen
2:23CR00010-004

☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant
☒ Expedited hearing set for: May 26, 2023 at 10:30 a.m. MDST
before U.S. Magistrate Judge Jared C. Bennett

_____
Honorable Jared C. Bennett
U.S. Magistrate Judge

Date: May 23, 2023