# CHRISTOPHER O'NEIL DUGGAR

3903 Wild Elm Way
Fort Collins, CO 80521
Cell: (970) 219-8034
Email: cduggar@cdc.gov; christoduggar@gmail.com

## EDUCATION

Master of Public Health,
Rollins School of Public Health, Emory University,
Department of International Health, Infectious Disease Control Focus
1518 Clifton Road, Atlanta, GA 30322
Phone: (404) 727-0263, Fax (404) 727-4590

Bachelor of Science, Education,
Louisiana State University,
Department of Kinesiology, Health Science Focus, Community Safety Minor
112 Long Field House, Baton Rouge, LA 70803
Phone: (225) 578-2036, Fax: (225) 578-3680

## PROFESSIONAL EXPERIENCE

30+ years of public service and private sector work.

## SERVICE

- Eagle Scout, Boy Scouts of America,
- Soldier, U.S. ARMY, Louisiana National Guard,
- Teacher, Louisiana and Washington State,
- Volunteer Health Agent, U.S. Peace Corps, Togo, West Africa,
- Disease Eradication Lead, the Carter Center, Guinea Worm Eradication Program, West Africa,
- Presidential Management Fellow,
- Public Health Champion, U.S. Centers for Disease Control and Prevention
- HOA President

## WORK HISTORY

- 1980's – high school student and athlete, lawn maintenance, fast food, and veterinary assistant
- 1990's – Walmart associate, barista, bartender, ARMY, college student, schoolteacher, Peace Corps
- 2000's – disease control, graduate student, fellow, CDC public health analyst

# CHRISTOPHER O'NEIL DUGGAR

**U.S. Centers for Disease Control and Prevention: June 2004 – April 2025**
**Public Health Advisor/Analyst GS-0685**

6/04/2023 – 4/18/2025
**Division of Healthcare Quality Promotion**
**Title: Division Preparedness and Response Coordinator**
**Job Series: Senior Public Health Advisor; GS-0685 14**
*CDC/NCEZID/Division of Healthcare Quality Promotion*
Fort Collins, Colorado
Portfolio – Division Readiness and Response
- Focused on strengthening staff capability to provide technical assistance to State and local jurisdictions in emergency response activities. Division headcount = 400 FTE.
- Division focal point and liaison to HHS operational agencies, National Partners, and CDC intra-agency working groups.
- Training lead for readiness and field deployment preparation including budgeting, scheduling, roster maintenance, monitoring and evaluation, and implementation.
- Senior advisor for response activation, planning, and strategy.

# CHRISTOPHER O'NEIL DUGGAR

**U.S. Centers for Disease Control and Prevention (cont.)**

COVID – 19 required the U.S. Centers for Disease Control to work within a whole-of-government response to save lives and reduce the impact across the United States of America and the globe.

11/01/2020 – 06/03/2023
**Division of Immunization Services**
**Title: Director Vaccine Distribution, Awardee, and Partnership Support**
**Job Series: Senior Public Health Advisor; GS-0685 14 Supervisory**
*CDC COVID-19 Response – Vaccine Task Force & CDC/NCIRD/Immunization Services Division*
Fort Collins, CO USA
Portfolio - leadership, management, and support to CDC's agency-wide, COVID-19 Response on the Vaccine Task Force
- Led national distribution of COVID vaccines.
    - As of July 2023, over1 billion doses delivered domestically.
- Represented the U.S. CDC at national briefings to stakeholders and U.S. Government
    - Direct liaison to HHS and Flag Officers embedded in Operation Warp Speed
- Provided Sr. Leadership and supervision to the section made up of 65+ personnel (FTE, Contractors, and Fellows)
- Led and directed technical assistance for jurisdictions and partners.
    - Focused on rapid dissemination of COVID vaccine information to the USA.
    - Led operational aspects of expanding technical assistance to State and local jurisdictions to launch three vaccines into distribution after official Emergency Use Authorization
    - In addition to leading CDC response teams served as the 'Voice' of COVID vaccine guidance focused on providing updates, answering questions, and reducing any/all obstacles to vaccine distribution, receipt, and use in the USA.
    - Senior Liaison to "Operation Warp Speed" and National Partners
    - Budgeting for distribution and staffing within multi-billion-dollar vaccine/response program.
- Within Incident Management Structure:
    - Communicated updates, briefings, and reports to the IMS organizational chart, senior Agency leadership, HHS, and the White House Task Force
    - Ensured coordination with Federal and state, tribal, local, and territorial (STLT) partners through steady outreach, calls, office hours, and functional email boxes for customer services.
    - Managed the spend plan submissions, coordinated procurement justifications, and document approval of response funding activities.

   02/2020 – 10/2020
   **Multiple COVID-19 Deployments (Physical & Virtual)**
       9/20 – 10/20
       Deployment to Vaccine Efficacy Section - **Extramural Program Lead**
   - Identified supplemental funding and processed thru emergency spend-plan procedures.

       4/20- 6/20
       Deployment to International Task Force and Global Migration - **Operations Manager**
   - Supported large Incident Management unit for border health and disease mitigation.

       2/20- 2/20
       Deployment to Repatriation Sites - **CDC Site Lead**

- California repatriation cohorts - Served as on-site CDC representative for quarantine units housing and processing returning American citizens.

**U.S. Centers for Disease Control and Prevention (cont.)**

1/01/2019 – 11/01/2020
**Division of Vector Borne Disease**
**Title: Extramural Team Lead**
**Job Series: Senior Public Health Advisor; GS-0685 13**
*CDC/NCEZID/Division of Vector Borne Disease/Arbovirus Branch*
Fort Collins, CO USA
Portfolio – Extramural Program Lead

- Extramural Team Lead focused on expanding technical assistance to State and local jurisdictions strengthening rapid detection and response to Vector Borne Diseases in the Continental USA
- Secondary Management Officer to the Arboviral Diseases Branch; serving as backup to Senior Management Officer and training to assume full duties per the Branch succession plans.
- Mentor to three junior Project Officers/Public Health Advisors focused on extramural programming for Arboviral disease surveillance and control.
- Liaison to CDC Headquarters and National Partners
- Budget creation, monitoring, and implementation for branch operations including travel, staffing, and lab supply procurements.
- COR I for laboratory diagnostic kit service contract and vector control research contract
- Cooperative Agreement project officer – National Partner CoAgs, Hurricane response crisis CoAgs, Epi & Lab Capacity CoAg

12/21/2014 – 01/01/2019
**Division of Influenza**
**Title: Chief of Staff**
**Job Series: Senior Public Health Advisor; GS-0685 14 Supervisory**
*CDC/NCIRD/Influenza Division/Office of the Director*
Atlanta, GA USA
Portfolio – Chief of Staff

- Worked to advance innovation across the Influenza Division to improve vaccine-strain selection and the overall effectiveness of the Influenza Vaccine
- Provided executive services for the Center Director, Division Director, and Branch Chiefs responsible for execution of Influenza and Respiratory Programming supported with Congressional Appropriations
- Served as Global Health Security Agenda point of Contact for the Division and cross-divisional portfolio.
- Supported the Division Staffing Plans and Execution including formulation of plans, retention, and recruitment.
- Supported the planning & execution of the Division's annual budget of $125 million, organize spend plans, execute budget through procurement, staffing, and programmatic expenses; submit written justifications for activities and expenses, leverage partner resources to extend operations where funds are limited.
- From May 2017 thru March 2018 served as Acting Extramural Team Lead facilitating ~$50 million International Program and supervising twelve staff
- 1/10/2016 – 5/10/2016 (**Temporary Promotion**) **Branch Chief (Acting) GS- 0685 15 Supervisory** *CDC/CGH/Division of Global Health Protection/Country Strategy & Implementation Branch.* Atlanta, GA USA - Served as Branch Chief responsible for daily management, leadership, and facilitation of cross-agency work for the Global Health Security Agenda, Global Disease Detection, and general international operations.

**U.S. Centers for Disease Control and Prevention (cont.)**

10/10/2012 – 12/21/2014 *International Assignment
**Division of Global Health**
**Title: Deputy Country Director Management & Operations**
**Job Series: Senior Public Health Advisor; GS-0685 14 Supervisory**
*CDC/Center for Global Health/DGHP/Global Disease Detection Branch*
*Tbilisi, Georgia, South Caucasus
Portfolio – Deputy Country Director, Extramural Program Lead

Georgian Ministry of Health, National Center for Disease Control & Public Health
- Served as Deputy Director for Management & Operations including budget formulation and execution, staffing, safety, travel, and compliance with US Embassy.
- Served as Deputy Director for Global Disease Detection Regional Field Office, offering programming and technical assistance to the South Caucasus Countries of Armenia, Azerbaijan, and Georgia.
- Prepared & executed annual budget of $5 million, organized spend plans, manage procurement, staffing, and programmatic expenses; submitted written justifications for activities and expenses, leveraged USG resources to extend operations where funds were limited; recommended changes in the allocation and utilization of resources.
- Served as the principal contact for managing contracts and service agreements. COR technical monitor for Embassy initiated local contracts.
- Served as project officer for cooperative agreements and interagency agreements; full responsibility for reviewing and approving proposals, budget execution, writing progress reports, and submitting monitoring and evaluation updates.
- Perform management and supervisory duties for six USG employees and four local employed staff; responsible for the full range of supervisory responsibilities including evaluation of performance, timekeeping, work assignments, and staffing plans.
- Provided advice, analysis, and assistance in the development, formulation, and implementation of infectious disease control program (s).
- Established and maintained working relationships with health officials from the Ministry, National Institute of Public Health, other federal agencies, and external partners including USAID, DOD, WHO, UNICEF, and Non-Governmental Organizations
- Served as the Global Health Security Agenda budget lead for Georgia and the principal Public Health Advisor on the Cooperative Agreement with Georgia's National Center for Disease Control & Public Health
- Served as Agency USG Resource coordinator for three countries (Armenia, Azerbaijan, and Georgia) working with Department of State (U.S. Embassies), USAID, DOD (DTRA & WRAIR), USDA, and DOJ/FBI.
- Managed cooperative agreements and contracts, drafted statements of work and budgets, conducted technical reviews, research ed market prices, and wrote cost estimates, entered and approved procurement requests in Embassy system and CDC PGO systems, tracked and resolved unliquidated obligations, and monitored project activities.
- Interfaced with US Embassy officers and staff on procurement, human resource, and security issues, cabled funds, managed ICASS subscriptions and funding allotments at post, hired locally employed staff, and relocated incoming and outgoing staff.
- Planned and organized deployments of Subject Matter Experts from within CDC, managed travel logistics, oversqw importation of all laboratory supplies including temperature sensitive reagents and consumables, led all shipping of infectious disease samples.
- Initiated personnel action requests to hire local full-time employees, reviewed resumes, conducted interviews, and recommended candidates for selection. Developed work plans, wrote position descriptions, and set priorities for staff.
- Served as the Agency liaison to the Department of Defense, shared reports on potential risks to U.S. forces in the region, wrote proposals for funding, executed joint projects on humanitarian assistance, managed delivery of $500,000 in surplus medical supplies, wrote donor reports, and maintained strong working relationship.

**U.S. Centers for Disease Control and Prevention (cont.)**

- Improved and managed complex partner relationships including drafting memorandums of understanding, briefing the US Ambassador and Deputy Chief of Mission on program achievements, and collaborating with donor organizations, international governments, and senior Ministry of Health officials.
- Advocated for field office needs, analyzed collected data and findings to develop and implement strategies for infectious disease control, assessed and evaluated program activities, identified areas for improvement, conducted assessments and compliance reviews, and solicited resources required to implement activities and accomplish objectives.
- Mentor and guide EMORY, Rollins School of Public Health practicum by assessing objectives, recommending activities, advising on program, and establishing a development plan with set priorities.
- Develop briefing materials and summaries of technical progress and obstacles for senior staff and stakeholders.
- Prepare reports for funding partners and executive level management.
- Write response to inquiries, prepare briefs for Staff Delegations and VIP tours, and review scientific research for publications.
- Prepare complex administrative and management reports for CDC and DOD.
- Deliver presentations on progress and strategic plans to senior staff, stakeholders, and USG partners.

11/28/2008 – 10/15/2012 *State Assignment
**Division of Immunization Services**
**Title: Field Assignee/Vaccines for Children Program Manager**
**Job Series: Public Health Advisor; GS-0685 13**
*CDC/NCIRD/Immunization Services Division*
*Denver, CO USA

Colorado Department of Public Health and Environment, Colorado Immunization Program
- Serve as the Unit Manager for the CO State Department of Public Health Immunization Program overseeing the development and maintenance of 570 immunization clinics, $45 million dollars in federally funded vaccine, compliance operations, and direct supervision of 5 State Employees
- Supervise and support the annual Immunization (Vaccines for Children & 317) Grant for Colorado worth an operational budget of $5 million dollars.
- Coordinate Technical assistance and resource allocation for the State by organizing consultations from Subject matter experts, deployment of CDC personnel, advocating for vaccine allocations, assisting with Grant proposals, and Vaccine-Preventable Disease Outbreak investigation and response.
- Work to strengthen key partnerships with public and private entities including the State Immunization Coalition, Physician groups, Public Hospitals, State Medicaid personnel, Private Clinical Companies, and Vaccine manufacturer representatives.
- Specialty Assignment: Supply Chain and cold-chain infrastructure support
- Specialty Funding: ARRA supplemental funding planning, application, and implementation.
- Extraordinary: executed the largest domestic vaccine response to Meningococcal Disease vaccinating more than 12,000 College Students in 72 hours. Hosted the development & pilot of VTrckS ordering software.

## CHRISTOPHER O'NEIL DUGGAR

**U.S. Centers for Disease Control and Prevention (cont.)**

10/10/2006 – 11/27/2008
**Division of Influenza**
**Title: International Project Officer (AFRO Region)**
**Job Series: Public Health Advisor; GS-0685 13**
*CDC/NCIRD/Influenza Division*
Atlanta, GA USA

- Expanded the WHO/Global Influenza Surveillance Network in Africa (WHO-AFRO Region) from 4 functional laboratories to 27 reporting National Labs in three (3) years.
- Standardized the Regional Laboratory Platform and Protocol for PCR labs in all National Labs across Africa and overlapped with WHO-EMRO region.
- Initiated the first Regional Scientific Conference that continues to prosper and grow today.
- Supervised eleven cooperative-agreements (CoAg) worth a combined total of $2.5 million within WHO AFRO Region; responsible for funding announcements, proposal reviews, notice of awards, review of progress reports, and site visits.
- Coordinate dTechnical assistance to eleven CoAg partners and the CDC Global Disease Detection Centre of Kenya
- Influenza Division representative on USG intra-agency committees for Influenza in Africa, Pandemic Preparedness task forces, and working groups for International Lab Coordination
- Duties included oversight of laboratory network, training, resource coordination, and staffing.
- Business services included contract and FTE staff recruitment, origination and maintenance of Cooperative Agreements, cables, task orders, and travel (site visit, staff, conferences, and consultations)
- Travel duties included Grantee evaluation, training workshops, and response and exercise activities.
- Key partners included National Ministry Departments, WHO, USAID, DOD, Institute Pasteur, and NGO
- Specialty Assignment: Stockpile/Supply Chain Focal Point
- Duties included logistical evaluation, equipment caches, stockpile coordination, technical oversight of pharmaceutical stores and protocol development for containment efforts.

07/20/2005 – 10/09/2006
**Division of the Strategic National Stockpile**
**Title: Pandemic Preparedness Lead**
**Job Series: Public Health Advisor; GS-0685 12/13**
*CDC/ Division of Strategic National Stockpile*
Atlanta, GA USA

- Branch Influenza Coordinator and liaison to CDC subject matter experts and workgroups
- Project Lead for International Pandemic Influenza Stockpile
- Federal Medical Station project member: deployed FMS to hurricane recovering sites (Katrina & Rita, 2005),
- Program consultant for vaccine preventable disease and vaccine specific materiel
- Stockpile TARU/FIT Deployment team-member for disaster, pandemic influenza, and bioterrorism

**U.S. Centers for Disease Control and Prevention (cont.)**

06/04/2004 – 07/19/2005
**National Immunization Program**
**Title: Emergency Response Coordinator**
**Job Series: Public Health Advisor; GS- 0685 11/12**
*CDC/National Immunization Program/ Office of Preparedness and Emergency Response*
Atlanta, GA USA

- Project officer for State Smallpox Vaccine program
- NIP Emergency Response Coordinator available 24/7
- NIP liaison with the Strategic National Stockpile
- Formulate, submit, and track $13 million-dollar budget for NIP BT projects in FY 2005
- Coordinated and submitted daily reports to agency Operations Center, maintain Intra-CIO communications throughout-reach and weekly E-Letter
- Provided programmatic coordination, advice, and support during influenza and other Vaccine-Preventable Disease outbreak investigations and emergency preparedness and response.

**U.S. Food and Drug Administration:**
**Presidential Management Fellowship (PMF)**

08/2003 – 06/2004
**Consumer Safety Officer/ Emergency Coordinator: (PMF Second Year)**
*FDA/Office of Crisis Management/Emergency Operations Center*
Rockville, MD USA
- Coordinated national response to FDA regulated products implicated in illness or injury.
- Facilitated revision of Agency emergency response plans and Counter-terrorism preparedness planning
- Project manager
- Exercised the FDA emergency response plans for Radiological, Bio-Chemical, and BSE events.
- Management development training in line with the goals of the Presidential Management Intern program

08/2002 – 08/2003
**Program Analyst: (PMF First Year)**
*FDA/Office of Regulatory Affairs/Division of Planning, Evaluation, and Management*
Rockville, MD USA
- Compiled budget, performance goals, and activities for national work-plan of field offices
- Allocated resources across 5 Regional and 20 District field offices: workforce management for 3600 staff.
- Coordinated work efforts among Centers for Food Safety and Nutrition and the Office of Regulatory Affairs
- Monitored and Evaluated performance of field staff.

10/02 – 2/03
**International Affairs Officer: (PMF Rotation)**
*HHS/Office of the Secretary/Office of Global Health Affairs, African Affairs*
- Prepared briefing materials for the Secretary's office and responding to Congressional queries.
- Served as French language translator for the office, including reception of French speaking diplomats.

**The Carter Center, Global 2000:**

10/1998-5/2002 * International Assignments
**Technical Advisor/Program Consultant:**
*Guinea Worm Eradication Program – International Deployment(s)*

- Deployed to provide Technical Assistance in Togo, Niger, Cote d'Ivoire, and Ghana, West Africa
- Provided onsite support of planning and implementation of national eradication program goals, budgets, and reports to Ministry, stakeholders, and donors.
- Supervised regional and village level monitors in endemic areas; Improved distal distribution of medical supplies and countermeasures; Facilitated improvement of case containment, reporting, and health education.
- Expedited chemical treatment of contaminated surface water.
- Recruited, trained, and supervised technical advisors assigned to endemic countries.
- Collaborated with WHO, UNICEF, CDC, U.S. Peace Corps, and Non-governmental Organizations.

9/2000-12/2001
**Program Assistant/Thesis Research**:
*Guinea Worm Eradication Office – Atlanta, Georgia*

- Facilitated formal written communications with foreign offices, consultants, and partners.
- Recruited, trained, and supervised technical advisors assigned to endemic countries.
- Expedited correspondence and articulated communications with endemic Franco-phone countries Burkina Faso, Mali, Niger, Togo, Ivory Coast, and Benin
- Administered data collection and supply logistics for 13 endemic countries.
- Organized and coordinated international program reviews in Niger and Togo
- Managed $2 million worth of in-kind supplies for active interventions including filters, chemicals, and funds.


**U.S. Peace Corps/Togo, West Africa:**

6/1996-7/1998 * International Assignment
**Community Health Agent**:
*US Peace Corps/Corps de la Paix, *Togo, West Africa*

- Trained 4 satellite village volunteers to conduct seminars in family planning, growth monitoring, nutrition, and
- Expedited the vaccination of more than 200 children for polio in clinic service area.
- Advised local health clinic management committee that organized a weekly schedule of education, immunization, and consults; supported the management of budget and fund-raising to complete essential repairs.
- Monitored the eradication of guinea worm in 15 outlying villages and supervised active interventions including filter inspections, chemical treatment of community water points, and health education.
- Aided distribution of prophylaxis in 15 outlying villages during Onchocerciasis campaigns
- HIV/AIDS prevention in surrounding communities

**Primary/Secondary School Teacher:**

8/1995-5/1996
**Elementary Teacher**:
*Derringer County, Washington and New Iberia Parish, Louisiana*
- Substituted in primary general education, 6-12 science, math, and physical education.
- Taught physical education for special needs students, integrated special needs students into regular classes.

## U.S. ARMY:

8/1989-8/1995
**Soldier/Cook/Mess Section Leader (94B)**:
*US ARMY National Guard*, Louisiana, C Co., 769th
- Managed dining facility, direct food preparation, and maintain records.
- Organized safe food and water distribution for all deployments and monthly drills.
- Supervised maintenance of section equipment, motor vehicles, and weapons
- Participated in restoration efforts in Louisiana following Hurricane Andrew
- Deployed to Guatemala and Panama

**Languages:**
English – Mother tongue
French – Fluent
Ewe – Conversant
Serbo-Croatian ("Bosnian") – Beginner
Georgian – Beginner

**Computer Software:**
Microsoft Office

**Licenses:**
Certified to teach K-12 physical education and sciences, 6-12 health, 1995.

**CONTINUING EDUCATION & TRAINING**
COR 1 training and certification 2019-2020
Advanced Leadership Development Course, CDC/NCIRD, Jan. – Dec. 2017
FACT, August 2017
Epidemiology of Vaccine Preventable Diseases, November 2016
Enterprise Risk Management, Oct. – Dec. 2016
Transformational Leadership, October 2016
American Heart Association CPR/AED 2014
US Embassy Emergency Management 2014
ICASS Basics 2013, 2018
Simplified Acquisition Procedures 2012
Federal Appropriations Law 2012, 2016
Preparing for Work Overseas 2012
Grants and Cooperative Agreements for Federal Personnel 2012
CDC VTrckS Grantee Training, September 2010
CDC Vaccine University, June 2010
CDC Vaccines for Children Program Administration, November 2008
AFRICAN Regional Workshop (English) on Influenza Sentinel Surveillance, Uganda, March 2008
AFRICAN Regional Workshop (French) on Influenza Sentinel Surveillance, Madagascar, October 2008
WHO Pandemic Influenza Containment Workshop, December 2007
Francophone Country Avian and Human Influenza Rapid Response Training, March 2007
EIS Influenza Training, October 2006
Strategic National Stockpile Technical Advisory Response Unit (TARU) Academy, May 2006
Writing with Style, GA Perimeter College, May 2006
Warehouse Forklift Operation, February 2006
Epidemiology and Prevention of Vaccine-Preventable Diseases, November 2005
Strategic National Stockpile Program Preparedness Course, April 2005
Smallpox Vaccine Storage and Handling, Course WB3088, January 2005
IRIS Budget and Performance Integration, August 2004
COOP Training, CDC Roybal Campus, August 2004
Joint FBI-CDC Investigations Course, Ft. Lauderdale, FL, June 2004
FDA ORADSS – Imports (CS1013B), April 2003
FEMA S950 IEMC: Federal Agency – FDA/CFSAN, Mount Weather, May 2003
DHHS Acquisition for Project Officers Course, September 2003
FDA FAME – Leadership Skills II Course, Eastern Management Development Center, August 2003
FEMA Basic Incident Command System – IS 195, October 2003
OPM Presidential Management Intern Orientation, October 2002
FDA Presidential Management Intern Orientation, September 2002
US Peace Corps Pre-service Training, 1996, Pagala, Togo, West Africa
US ARMY, Basic Training, A.I.T., 1989, Ft. Jackson, SC, USA
All-hands Divisional Training: NIMS, cGMP, Forklift Operation

## HONORS & AWARDS

*Centers for Disease Control and Prevention:*
CDC Honor Award: Excellence in Frontline Public Health Service for successfully implementing one of the world's largest vaccination efforts during the COVID-19 pandemic, 2021.
CDC/NCIRD Honor Award; for excellence in leading the U.S. Government response to a large increase in avian influenza A/H7N9 infections, 2018.
CDC/GID Cash Award; for the development of a new Global Immunization Office in the South Caucasus, 2015
CDC/NCIRD Honor Award; Excellence in Information Technology; in appreciation for your dedication and devotion to the Vaccine Tracking System (VTrckS) project, 2011
Certificate of Appreciation Response to 2009 H1N1 Influenza Pandemic, August 2010
CDC/COGH Excellence in Innovation Award; Group development and implementation of the Pandemic Preparedness Assessment Tool, May 2009
CDC/NCPDCID Honor Award; Rapid Development of Training for International Response to Avian Flu June 2007
U.S. Department of Health and Human Services; Secretary's Award for Distinguished Service; Hurricane Season 2005, June 2006
CDC/COTPER Honor Award; Outstanding Citizenship within the CDC and COTPER Community, Flu Team November 2006
CDC/COTPER /DSNS Employee of the Month March 2006
CDC/OSEP Certificate of Appreciation October 2005; for outstanding support and determination to enhance the emergency response capabilities of the CDC
CDC/NIP Influenza Response 2004-2005 Group Award: Silo Busters: Collaborative Success in honor of the innovation, collaboration, and tireless efforts put forth during the 2004-2005 vaccine supply shortage.
The Presidential Management Fellows Program Office, Graduate 2004

*Food and Drug Administration:*
FDA Commissioner's Special Citation – April 2004; *FDA TOPOFF2 Exercise Team*; for participation in conducting a successful exercise of the Federal Response Plan government wide, in a response to simulated terrorist events in multiple cities of the United States of America.
FDA Group Recognition Award- May 2004; *Hepatitis A Traceback, Farm Investigation and Import Action Team*: for numerous product tracebacks, farm investigations, and the recall and destruction of imported product implicated in the largest Hepatitis A Outbreak in United States history affecting over 900 consumers in four states.
FDA Commissioner's Community Service Award- June 2004; *Emergency Response, Hurricane Isabel*; for exceptional performance during the implementation of emergency response procedures during and in the aftermath of Hurricane Isabel resulting in significant protection
FDA Certificate(s) of Appreciation – May 2004; *Radiological Functional Exercise – Orange Sunrise*: For exemplary service to the Office of Crisis Management/Emergency Operations Center as a Trusted Agent for planning and evaluating the Radiological Exercise conducted on March 17, 2004; TOPOFF2 Exercise: For outstanding contribution to the FDA Office of Crisis Management Emergency operations Center during the TOPOFF2 Exercise, May 2004

*Academic:*
Student Government President, Rollins School of Public Health, Atlanta, GA, 2001
Who's Who, Emory University, Atlanta, GA, 2001-2002
American Public Health Association student member, 2001-2002
Dean's List, College of Education, Louisiana State University, 1994

*U.S. ARMY:*
Soldier of the Cycle, US ARMY Basic Training, 3rd/28th, Ft. Jackson, October 1989
Honor Graduate, US ARMY A.I.T., Quartermasters Battalion, Ft. Jackson, December 1989
ARMY Service Medal, Louisiana Humanitarian Service Medal, 1994

# CHRISTOPHER O'NEIL DUGGAR

**PERSONAL ACCOMPLISHMENTS**
Married 22 years and counting.
Father of two Daughters (19 yrs. and 16 yrs.)

**Recent Races:**
Bolder Boulder 10K 2024, 2023
FoCo Turkey Trot 4 Mile 2024, 2023, 2022
Peachtree Road Race 10K (PR) 2017
Wings for Life World Run –May 2014
Gore-Tex Trans Rockies Run - August 2011
Additional Race History:
Completed two Marathons, Denver & Dallas
Completed eight Half Marathons
Completed two Sprint Triathlons and one Olympic distance triathlon
Completed the ARMY Ten-miler twice
Numerous 5 & 10K races
Presidential Fitness Award – Gold Medal, March 2005

**Community:**
EMORY Rollins School of Public Health Community Advisory Board 2017-18
Homeowners' Association – Brownstones at Decatur:
- President 2017
- Treasurer 2015-16

Founder and Captain - City Park Running Club, Denver, CO - 2009 – 2012
Founder and Race Director – Mother's Day 5K, Denver, CO – 2010 – 2014
Eagle Scout, Boy Scouts of America

**FIELD ASSIGNMENTS**

*CDC Division of Global Health Protection 2012-14*
CDC Country Office Deputy - Tbilisi, Georgia; worked with Ministries and Partners in Armenia, Azerbaijan, and Georgia

*CDC Immunization Services Division 2008-2012*
CDC Public Health Advisor – Denver, Colorado; worked with CO Department of Public Health and Environment

13